**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 05-6460**

---

MICHAEL A. SCOTT,

Plaintiff - Appellant,

versus

WESTERN CORRECTIONAL INSTITUTION,

Defendant - Appellee.

---

Appeal from the United States District Court for the District of Maryland, at Baltimore.   Catherine C. Blake, District Judge. (CA-05-635-CCB)

---

Submitted:  September 27, 2005      Decided:  September 30, 2005

---

Before LUTTIG, MOTZ, and DUNCAN, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Michael A. Scott, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Michael A. Scott appeals the district court's order dismissing his civil action under 42 U.S.C. § 1983 (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Scott v. Western Corr. Inst., No. CA-05-635-CCB (D. Md. filed Mar. 10, 2005 & entered Mar. 11, 2005). Additionally, we deny Scott's motions for appointment of counsel and to amend his complaint. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED